# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON BRET SILVERMAN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No: 5:24-cv-02451-SSS-DTBx<br><br>Judge: Hon. Sunshine Suzanne Sykes<br><br>Magistrate Judge: David T. Bristow<br><br>**ORDER OF DISMISSAL** |

1  Based on the stipulation of the parties, and good cause appearing therefore,
2  the stipulation is granted. The entire action, including all claims and counterclaims
3  stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: December 15, 2025    By: _____
                                Hon. Sunshine Suzanne Sykes
                                United States District Judge